IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CV91 |
| | ) | |
| BENJAMIN M. BURT, | ) | SCHEDULING ORDER |
| | ) | |
| Defendant. | ) | |

Upon review of the Report of Parties' Planning Conference, and at the parties' request,

**IT IS ORDERED:**

1. The discovery plan proposed in Section VI of the Report of Parties' Planning Conference (Doc. 8) is adopted.

2. To facilitate immediate negotiations or mediation, the court will delay entering an initial progression order.

3. The parties shall file a joint status report no later than **October 1, 2009**, regarding the progress of their settlement discussions.

**DATED June 30, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**