

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
OCT 02 2009
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CV91 |
| ) | |
| vs. ) | |
| ) | |
| BENJAMIN BURT, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a Consent Judgment in the sum of $163,680.19 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $370.00.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

|  |  |
|---|---|
| | UNITED STATES OF AMERICA, <br> Plaintiff, |
| BENJAMIN BURT <br> Defendant | JOE W. STECHER <br> United States Attorney |
| *Benjamin Burt* (signature) <br><br> Benjamin Burt <br> 1008 N 26th Street <br> Beatrice NE 68310 | *Laurie M. Barrett* (signature) <br><br> LAURIE M. BARRETT <br> Assistant U. S. Attorney <br> 1620 Dodge Street, Suite 1400 <br> Omaha, NE 68102 <br> (402) 661-3700 <br> laurie.barrett@usdoj.gov |

APPROVED THIS __2__ day of __OCTOBER__, 2009, accruing at the legal rate of __0.41__ % per annum from the date of this judgment, until paid in full and court costs.

_____
F.A. GOSSETT
U. S. MAGISTRATE JUDGE