IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, ) | | |
|     Plaintiff, ) | | |
| ) | | |
|     v. ) | | 8:09CV91 |
| ) | | |
| Benjamin Burt, ) | | |
|     Defendant(s), ) | | |
| ) | | |
|     and ) | | |
| ) | | |
| Department Of Corrections, ) | | |
|     Garnishee. ) | | |

**ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT**

This matter comes before the court on the Application (Filing 14) of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Department Of Corrections, the garnishee. For good cause shown,

IT IS ORDERED that the Application (Filing 14) is granted. The Clerk of the Court shall issue a Writ of Continuing Garnishment against Department Of Corrections, whose address is P.O. Box 94664, Lincoln, NE 68509.

DATED April 6, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge